Rachael D. Lamkin (Cal Bar No. 246066)
Lamkin IP Defense
100 Pine St., Suite 1250
San Francisco, CA 94111
916.747.6091
RDL@LamkinIPDefense.com

*Attorney for Defendants Garmin International, Inc., Garmin USA, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## OAKLAND DIVISION

| | |
|---|---|
| **CELLSPIN SOFT, INC.,**<br><br>                    Plaintiff,<br><br>       v.<br><br>**GARMIN INTERNATIONAL, INC., GARMIN USA, INC.**<br><br>                    Defendants. | CASE NO. 4:17-cv-05934-YGR<br><br>**DECLARATION OF RACHAEL LAMKIN ISO DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS** |

**DECLARATION OF RACHAEL LAMKIN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(C)**

1

I, Rachael D. Lamkin, declare as follows:

1. I am counsel of record for Defendants Garmin International, Inc. and Garmin USA, Inc. ("Garmin").

2. I am an attorney licensed to practice law in all state and federal courts in California, the Eastern District of Texas, Colorado federal court, the Court of International Trade, and this Honorable Court.

3. On January 10, 2018, I telephoned the Clerk of this Court and asked whether the Court, in Docket No. 24, had intended for Parties who had answered their respective complaints to join the Omnibus § 101 Motion. I was told that Parties that had answered should not join the Omnibus Motion. I asked whether Parties, such as Garmin, who had answered could file a Rule 12(c) Section 101 motion and was told that they were permitted to do so.

4. Attached as Exhibit A is a true and correct copy of US Patent No. 9,258,698.

Signed under penalty of perjury in Sausalito, California on January 16, 2018.

Respectfully submitted,

*Rachael D. Lamkin*
Rachael D. Lamkin

2