# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA,

# OAKLAND DIVISION

| | |
|---|---|
| **CELLSPIN SOFT, INC.,**<br><br>                    Plaintiff,<br><br>         v.<br><br>**GARMIN INTERNATIONAL, INC.,**<br>**GARMIN USA, INC.**<br><br>                    Defendants. | CASE NO. 4:17-cv-05934-YGR<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

   Having read Defendants' Motion, the Court agrees with the reasoning therein and finds US Patent No. 9,258,698 to be drawn to patent ineligible subject matter. The claims of the '698 Patent are therefore invalid. IT IS SO ORDERED.

1