**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CELLSPIN SOFT, INC.,** | CASE NO. 17-cv-05934-YGR |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO PERMIT PRIOR INCORPORATION BY REFERENCE; DENYING MOTION FOR LEAVE TO FILE SUR-REPLY** |
| vs. | |
| **GARMIN INTERNATIONAL, INC., ET AL.,** | |
| Defendants. | Re: Dkt. Nos. 39, 40 |

Two motions are now before this Court, namely plaintiff's motions (i) to permit plaintiff's prior incorporation by reference into its opposition in this case of its opposition to the omnibus motion to dismiss in related cases for which proceedings have been consolidated; and (ii) for leave to file a sur-reply regarding the Rule 12(c) motion of defendant Garmin International, Inc., et al. (Dkt. Nos. 39 and 40.) Having considered plaintiff's motions and the proceedings in this matter, the Court **GRANTS** plaintiff's motion to permit plaintiff's prior incorporation by reference into its opposition in this case of its opposition to the omnibus motion to dismiss (Dkt. No. 39) and **DENIES** plaintiff's motion for leave to file a sur-reply. (Dkt. No. 40.)

This terminates Dkt. Nos. 39 and 40.

**IT IS SO ORDERED.**

Dated: February 22, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**