Rachael D. Lamkin (Cal Bar No. 246066)
Lamkin IP Defense
100 Pine St., Suite 1250
San Francisco, CA 94111
916.747.6091
RDL@LamkinIPDefense.com

*Attorney for Defendants Garmin International, Inc., Garmin USA, Inc.*



GRANTED
Judge Yvonne Gonzalez Rogers
4/10/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

| | |
|---|---|
| **CELLSPIN SOFT, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**GARMIN INTERNATIONAL, INC., GARMIN USA, INC.**<br><br>Defendants. | CASE NO. 4:17-cv-05934-YGR<br><br>~~PROPOSED FORM OF~~ **JUDGMENT PURSUANT TO ORDER RE: OMNIBUS MOTION TO DISMISS & GARMIN'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Order on April 3, 2018 (Dkt. No. 65) directing Defendants to file a proposed form of judgment based on the Court's Order finding the asserted claims of U.S. Patent Nos. 8,738,794 ("the '794 patent"); 8,892,752 ("the '752 patent"); 9,749,847 ("the 847 patent") and 9,258,698 (the "'698 Patent") (collectively, "the Asserted Patents") invalid under 35 U.S.C. § 101, Defendants Garmin International, Inc. and Garmin USA, Inc. ("Garmin") respectfully submit the following proposed judgment, attached as Exhibit A, the

1

form of which has been mostly approved by Plaintiff Cellspin Soft, Inc. It should be noted that Plaintiff Cellspin Soft, Inc. objected to a single sentence of the content of Garmin's proposed order: "rendering Garmin the prevailing party in the above-captioned action". Cellspin stated that it "does not dispute that Garmin will be the prevailing party" but says that the language is extraneous. Garmin disagrees and believes the statement is simply accurate. Other than that single sentence, the Parties agree on the form and content of the attached proposed order.

Respectfully submitted,

*Rachael D. Lamkin*
Rachael D. Lamkin
Lamkin IP Defense
100 Pine St. Suite 1250
San Francisco, CA 94111
916.747.6091
RDL@LamkinIPDefense.com

*Attorney for Defendants*

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

|  |  |
|---|---|
| **CELLSPIN SOFT, INC.,**<br><br>                      Plaintiff,<br><br>     v.<br><br>**GARMIN INTERNATIONAL, INC.,**<br>**GARMIN USA, INC.**<br><br>                      Defendants. | CASE NO. 4:17-cv-05934-YGR<br><br>~~**PROPOSED FORM OF**~~ **JUDGMENT PURSUANT TO ORDER RE: OMNIBUS MOTION TO DISMISS & GARMIN'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hon. Yvonne Gonzalez Rogers |

      This action having come before the Court, and pursuant to the Court's Order (Dkt. No. 65) granting Garmin International, Inc. and Garmin, USA, Inc's ("Garmin's") Motion to Dismiss and Motion For Judgment On the Pleadings (Dkt. Nos. 27, 52) finding all asserted claims of U.S. Patent Nos. 8,738,794 (the "'794 Patent"), 8,892,752 (the "'752 Patent"), 9,749,847 (the "'847 Patent") and 9,258,698 (the "'698 Patent") directed to patent-ineligible

subject matter and therefore invalid pursuant to 35 U.S.C. § 101—IT IS HEREBY ADJUDGED AND ORDERED that:

For the reasons set forth in the Court's Order on April 3, 2018 (Dkt. No. 65), claims 1–4, 7, 9, 16–18, and 20–21 from the '794 Patent, claims 1, 2, 4, 5, and 12–14 from the '752 Patent, claims 1-3 from the '847 Patent, and claims 1, 3–5, 7-8, 10–13, 15–20 from the '698 Patent are invalid pursuant to 35 U.S.C. § 101.

The foregoing claims of the '794, '752, '847 and '698 Patents represent all pending claims at issue in this case.

WHEREFORE JUDGMENT is entered in this case in favor of Defendant Garmin and against Plaintiff Cellspin Soft, Inc., rendering Garmin the prevailing party in the above-captioned action.

Dated:  April 10 , 2018            _____
                                    YVONNE GONZALEZ ROGERS
                                    UNITED STATES DISTRICT COURT JUDGE

5