IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARMIN INTERNATIONAL, INC., and GARMIN USA, INC. <br><br> Defendants. | Case No. 4:17-cv-05934-YGR <br><br> **ORDER ON JOINT MOTION TO SEVER AND STAY** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

The Court, having considered the Joint Motion to Sever and Stay (the "Motion") as filed by Plaintiff Cellspin Soft, Inc., and Defendants Garmin International, Inc., and Garmin USA, Inc. (collectively as "Garmin"), is of the opinion that the Motion is meritorious and should be granted. It is therefore ORDERED that Cause Number 4:17-cv-05934-YGR is hereby severed, as follows:

1. All aspects of the litigation relating to United States Patent No. 9,258,698 ("the '698 Patent") shall be severed into a separate case, and shall be assigned a new cause number. That new case, which shall relate only to the claims and defenses exclusive to the '698 Patent, shall be immediately STAYED in accordance with the provisions of this Court's Order at Docket No. 100 in matter number 4:17-cv-05934-YGR. All future filings relating to the '698 Patent shall be filed in the docket for the new to-be-assigned cause number.

2. All remaining aspects of the litigation (4:17-cv-05934-YGR) shall proceed in accordance with the schedule and parameters to be ordered by this Court, and are not stayed.

SO ORDERED

Date: April 22, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**