Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
    chonea@ghiplaw.com
M. Scott Fuller (TX State Bar No. 24036607)
    sfuller@ghiplaw.com
GARTEISER HONEA
795 Folsom St., Floor 1, San Francisco, CA 94107
119 W Ferguson, Tyler, TX 75702
Telephone: (415) 785-3762
Facsimile: (888) 908-4400

Attorneys for Plaintiff,
CELLSPIN SOFT INC.

*IT IS SO ORDERED*
Judge Yvonne Gonzalez Rogers
5/7/2021

**Additional Counsel Listed on Signature Pages**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC., <br><br> Plaintiff <br><br> v. <br><br> FITBIT, INC., <br> MOOV, INC., <br> NIKE, INC., <br> UNDER ARMOUR, INC., <br> FOSSIL GROUP, ET AL., <br> GARMIN INTERN., INC., ET AL., <br> NIKON AMERICAS, INC., <br><br> Defendants. | **LOCAL RULE 6-1(a) STIPULATION TO ENLARGE TIME** <br><br> Case No. 4:17-CV-05928-YGR <br> Case No. 4:17-CV-05929-YGR <br> Case No. 4:17-CV-05931-YGR <br> Case No. 4:17-CV-05932-YGR <br> Case No. 4:17-CV-05933-YGR <br> Case No. 4:17-CV-05934-YGR <br> Case No. 4:17-CV-05936-YGR |

## **LOCAL RULE 6-1(a) STIPULATION TO ENLARGE TIME**

Per the parties' proposed omnibus scheduling order (*Cellspin Soft, Inc. v. Fitbit, Inc.*, Case NO. 4:17-cv-05928-YGR, Dkt. 184-1), the proposed deadline for submitting a proposed case narrowing Order was 21 days after the Court issues its

claim construction ruling.  The Court issued its claim construction order in the above-captioned related matters on April 14, 2021 and the deadline to submit a proposed case narrowing order would have been May 5, 2021 as the parties originally proposed. Pursuant to Civil L.R. 6-1(a), the parties stipulate to an extension of time for submitting the proposed case narrowing Order from May 5, 2021 to June 2, 2021.

The parties' proposed extension does not alter the date of any event or deadlines already fixed by Court order.

| | |
|---|---|
| Respectfully Submitted, | Dates: May 5, 2021 |
| By: */s/ Randall T. Garteiser* | By: */s/ Karim Oussayef* |
| Randall T. Garteiser<br>GARTEISER HONEA | Karim Oussayef<br>DESMARAIS LLP |
| Attorneys for Plaintiff<br>CELLSPIN SOFT INC. | Attorneys for Defendants FITBIT, INC. and FOSSIL GROUP, INC. |
| | By: */s/ Shane Brun*<br>Shane Brun<br>KING & SPALDING LLP |
| | Attorneys for Defendant MOOV, INC. |
| | By: */s/ Richard T. Mulloy*<br>Richard T. Mulloy<br>DLA PIPER |

Attorneys for Defendant NIKE, INC.

By: */s/ Michael P. Kella*
<u>Michael P. Kella</u>
HARNEY, DICKEY, & PIERCE, P.L.C.

Attorneys for Defendant UNDER ARMOUR, INC.

By: */s/ Ricardo J. Bonilla*
Ricardo J. Bonilla
FISH & RICHARDSON P.C.

Attorneys for Defendants FOSSIL GROUP, INC. and MISFIT, INC.

By: */s/ Rachael D. Lamkin*
Rachael D. Lamkin
LAMKIN IP DEFENSE

Attorneys for Defendants GARMIN INTERNATIONAL, INC. AND GARMIN USA, INC.

By: */s/ Colette Reiner Mayer*
Colette Reiner Mayer
MORRISON & FOERSTER LLP

Attorneys for Defendants NIKON AMERICAS, INC. and NIKON INC.