UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FITBIT, INC.,<br>MOOV, INC.,<br>NIKE, INC.,<br>UNDER ARMOUR, INC.,<br>FOSSIL GROUP, ET AL.,<br>GARMIN INTERN., INC., ET AL.,<br>NIKON AMERICAS, INC., ET AL.,<br><br>Defendant. | **ORDER SETTING COMPLIANCE DEADLINE**<br><br>Re: Dkt. No. 229<br><br>CASE NO. 4:17-CV-05928-YGR<br>CASE NO. 4:17-CV-05929-YGR<br>CASE NO. 4:17-CV-05931-YGR<br>CASE NO. 4:17-CV-05932-YGR<br>CASE NO. 4:17-CV-05933-YGR<br>CASE NO. 4:17-CV-05934-YGR<br>CASE NO. 4:17-CV-05936-YGR |

On August 16, 2021, Defendants filed a motion for administrative relief to request a case management conference. ECF No. 229. Defendants requested the conference to "address Cellspin's newly held position that it will no longer abide by the schedule the Parties had jointly proposed to the Court, including the quickly approaching August 20, 2021 date to serve opening expert reports." *Id.* at 2. On September 13, 2021, Plaintiff filed a notice of mootness regarding its pending motion to continue fact discovery. ECF No. 240. The notice stated that "[o]n September 3, 2021, Plaintiff Cellspin Soft, Inc. served its Rule 26 Opening Expert Reports (three for each Defendant)." *Id.* at 2. On September 17, 2021, the parties submitted a joint stipulation regarding expert discovery continuing the deadlines for the service of rebuttal expert reports and the close of expert discovery. ECF No. 241 at 2. It appears to the Court that the parties were able to resolve the issue raised by Defendants' motion, ECF No. 229, by continuing the remaining expert discovery deadlines and that the relief the motion seeks is now moot.

The Court seeks to understand whether the parties have resolved the issue raised by Defendants' motion or if they require Court intervention. Accordingly, the Court hereby **SETS** a

compliance deadline for **9:01 a.m.** on **Friday, October 15, 2021**.  Five (5) business days prior to the date of the compliance deadline, the parties shall file either (a) a joint status update setting forth an explanation regarding whether the parties require the Court's attention on this issue; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the compliance deadline will be taken off calendar.

    **IT IS SO ORDERED.**

Dated: September 21, 2021

                                      **YVONNE GONZALEZ ROGERS**
                                      **UNITED STATES DISTRICT COURT JUDGE**