UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 11/18/21 | Time: 10:59am-11:29am | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.: 17-cv-05928-YGR** **Case No. 17-cv-5931-YGR** **Case No. 17-cv-5932-YGR** **Case No. 17-cv-5933-YGR** **Case No. 17-cv-5934-YGR** **Case No. 17-cv-5936-YGR** Related cases | Case Name: Cellspin Soft, Inc. v. Fitbit, Inc. Case Name: Cellspin Soft, Inc. v. Nike, Inc. Case Name: Cellspin Soft, Inc. v. Under Armour, Inc. Case Name: Cellspin Soft, Inc. v. Fossil Group, et al. Case Name: Cellspin Soft, Inc. v. Garmin Int'l Inc. et al. Case Name: Cellspin Soft, Inc. v. Nikon Americas, Inc. | |

**Attorney for Plaintiff:** Scott Fuller and Randal Garteiser
**Attorney for Defendant Fitbit**: Karim Oussayef
**Attorney for Defendant Nike:** Rick Mulloy
**Attorney for Defendant Under Armour**: Michael Kella
**Attorney for Defendant Fossil Group Inc**.: Karim Oussayef, Ricardo Bonilla and Noel Chakkalakal
**Attorney for Defendant Garmin Int'l:** Rachael Lamkin
**Attorney for Defendant Nikon Americas Inc**. :Yuka Yeraguchi and James Londen

**Deputy Clerk:** Frances Stone

**Court Reporter:** NOT REPORTED AND NOT RECORDED

## PROCEEDINGS

Status Conference via Zoom Webinar HELD.

Court denies Dkt. No. 194; CRD to term motion
Court grants Dkt. No. 229: CRD to term motion

Further CMC set Friday, 12/16/2021 at 9:00am via Zoom platform

**Order to be prepared by: Court**