UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GARMIN INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 17-cv-05934-YGR<br><br>**JUDGMENT** |

Having granted defendant's motion for summary judgment, the Court hereby orders, adjudges, and decrees that judgment be entered in favor of defendant.

The Clerk of Court shall enter judgment and close the matter.

**IT IS SO ORDERED.**

Dated: June 15, 2022

YVONNE GONZALEZ ROGERS
United States District Judge