UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLSPIN SOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARMIN INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No. 17-cv-05934-YGR   (KAW) <br><br> **ORDER TERMINATING MOTION TO ADOPT ADDENDUM TO THE PROTECTIVE ORDER** <br><br> Re: Dkt. No. 265 |

On May 5, 2026, Defendant Garmin International, Inc. and Fossil Group, Inc. filed the instant motion to adopt an addendum to the existing protective order.  (Defs.' Mot. to Amend, Dkt. No. 265.)  Specifically, Defendants seek to add an addendum permitting the use of protected materials "obtained in this litigation in related actions brought by Plaintiff Cellspin Soft, Inc. against entities related to Defendants in the United States District Court for the Eastern District of Texas."  (*Id.* at 1.)  Defendants assert that the related actions concern the same patents and functionalities that were determined to be non-infringing in this case.  (*Id.*)  On May 8, 2026, the motion was referred to this Court.  (Dkt. No. 266.)

The Court TERMINATES the motion to  adopt an addendum because it is an improper discovery motion.  Rather, the Court ORDERS the parties to meet and confer pursuant to its standing order.  (*See* Judge Westmore Standing Order ¶ 13.)  If the parties are unable to resolve the matter on their own, the parties shall file a joint discovery letter.  (*See* Judge Westmore Standing Order ¶ 14.)  The Court observes, however, that when considering whether a protective order should be modified to allow access to covered materials, it appears that the Ninth Circuit "strongly favors access to discovery materials to meet the needs of parties engaged in collateral litigation.  Allowing the fruits of one litigation to facilitate preparation in other cases advances the

interests of judicial economy by avoiding the wasteful duplication of discovery." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1131 (9th Cir. 2003); *see also Blum v. Merrill Lynch Pierce Fenner & Smith Inc.*, 712 F.3d 1349, 1355 (9th Cir. 2013) ("If any properly protected discovery is relevant to the collateral suits, the district court should have modified the protective order in the interest of avoiding duplicative discovery.") (internal quotation omitted).  Thus, it appears that an addendum would be appropriate if Defendants are correct that the instant litigation and the E.D. Texas litigation have significant overlap, such that the protected materials are relevant in the latter action.

IT IS SO ORDERED.

Dated: May 14, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2